confirming the report of commissioners of appraisal in condemnation proceedings.

*Truman H. Baldwin* and *Howard Thornton* for appellants.

*Henry Bacon* and *Henry L. Stimson* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CONSOLIDATED GAS COMPANY OF NEW YORK, Appellant, *v.* JAMES L. WELLS et al., Composing the Board of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Consolidated Gas Co.* v. *Wells,* 126 App. Div. 944, affirmed. (Argued October 2, 1908; decided October 20, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 12, 1908, which affirmed an order of Special Term confirming assessments of real property of the relator for purposes of taxation.

*John A. Garver* for appellant.

*Francis K. Pendleton,* Corporation Counsel (*David Rumsey* and *Curtis A. Peters* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE DOLE, Respondent, *v.* THE TOWN BOARD OF THE TOWN OF HAMBURG, Appellant.

*People ex rel. Dole* v. *Town Board of Hamburg,* 127 App. Div. 948, affirmed. (Argued October 2, 1908; decided October 20, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered